IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01069-RPM

NORTH METRO FIRE RESCUE DISTRICT,

        Plaintiff,

v.

DALMATION CORPORATION, f/k/a, or formerly d/b/a,
AMERICAN LAFRANCE CORPORATION;
FREIGHTLINER, LLC;
SMEAL FIRE APPARATUS CO.;
HONEYWELL INTERNATIONAL, INC. d/b/a
GARRET CORPORATION;
DETROIT DIESEL CORPORATION; and
JOHN and/or JANE DOES and/or DOE ENTITIES,

        Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **July 10, 2007, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order, original and one copy, on paper, shall be submitted directly to chambers by **July 5, 2007.**

DATED: May 23rd, 2007

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge