IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01069-RPM

NORTH METRO FIRE RESCUE DISTRICT,

        Plaintiff,

v.

DALMATION CORPORATION, f/k/a, or formerly d/b/a,
AMERICAN LAFRANCE CORPORATION;
FREIGHTLINER, LLC;
SMEAL FIRE APPARATUS CO.;
HONEYWELL INTERNATIONAL, INC. d/b/a
GARRET CORPORATION;
DETROIT DIESEL CORPORATION; and
JOHN and/or JANE DOES and/or DOE ENTITIES,

        Defendants.

_____

ORDER ON MOTION FOR EXTENSION OF STAY
_____

This matter comes before the Court on the Plaintiff's Unopposed Motion for Extension of Stay and for Continuance of Scheduling Conference, for Purposes of Settlement Discussions (Doc. #18). The request is for a stay of all proceedings through August 10, 2007, and an extension of time for Honeywell International, Inc., to respond to the Second Amended Complaint. This action was initiated by a complaint filed on December 12, 2006, and has had an extended pleading history. It was removed by Dalmation Corporation, Freightliner, LLC and Detroit Diesel Corporation with consent of Honeywell and Smeal on May 27, 2007. The request is inconsistent with the case management practices of this Court. It is now

ORDERED, that Honeywell International, Inc., d/b/a Garret Corporation, will respond to the Second Amended Complaint on or before August 15, 2007, and it is

FURTHER ORDERED that the scheduling conference set for July 10, 2007, is continued to **August 24, 2007, at 2:00 p.m.**  The proposed scheduling order shall be submitted directly to chambers by **August 16, 2007.**

DATED: June 21st, 2007

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge