**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                August 24, 2007
Courtroom Deputy:    J. Chris Smith
ECR Technician:      Kathy Terasaki

_____

Civil Action No. 07-cv-01069-RPM

NORTH METRO FIRE RESCUE DISTRICT,                          John A. Call

      Plaintiff,

v.

DALMATION CORPORATION,                                     Nathan K. Davis
f/k/a or formerly d/b/a American LaFrance Corporation,
FREIGHTLINER, LLC.,
SMEAL FIRE APPARATUS CO.,                                  Steven M. Hamilton
HONEYWELL INTERNATIONAL, INC., d/b/a Garret Corporation,   Scott F. Llewellyn
DETROIT DIESEL CORPORATION, and                            Lila M. Bateman
JOHN and / or JANE DOES and / or DOE ENTITIES,

      Defendants.

_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**1:56 p.m.      Court in session.**

Court reviews proposed scheduling order with counsel.

Discussion regarding case facts, parties' products and damages.

Court instructs counsel to complete disclosures forthwith.

**ORDERED:    Defendant Honeywell International, Inc.'s Motion for More Definite
Statement, filed August 15, 2007 [30], is granted.**

**ORDERED:    Plaintiff has 60 days to file a third amended complaint specifying claims
against defendants.
Defendants shall respond to third amended complaint.
Scheduling order approved.**

**2:27 p.m.      Court in recess.**  Hearing concluded.  Total time: 31 min.