IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01069-RPM

NORTH METRO FIRE RESCUE DISTRICT,

        Plaintiff,

v.

DALMATION CORPORATION, f/k/a, or formerly d/b/a,
AMERICAN LAFRANCE CORPORATION;
FREIGHTLINER, LLC;
SMEAL FIRE APPARATUS CO.;
HONEYWELL INTERNATIONAL, INC. d/b/a
GARRET CORPORATION;
DETROIT DIESEL CORPORATION; and
JOHN and/or JANE DOES and/or DOE ENTITIES,

        Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

Pursuant to the Stipulation for Dismissal with Prejudice [43], filed on April 9, 2008, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorney's fees, costs and expenses.

DATED: April 9th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge